UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERRICK MCGOWAN,

      Plaintiff,

v.                                      Case No.  8:19-cv-1101-T-24CPT

FIRST ACCEPTANCE INSURANCE
COMPANY, INC.,

      Defendant.
_____/

## O R D E R

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Reconsideration of the Order Compelling Appraisal or, in the Alternative, to Delineate the Scope of the Appraisal (Doc. 32) and Defendant's Response in Opposition (Doc. 33).  Plaintiff's Motion is due to be denied.

Plaintiff asks the Court to reconsider its August 14, 2019 Order Granting Defendant's Motion to Compel Appraisal and Dismiss Class Action Complaint (Doc. 30), arguing that "newly-produced documents" demonstrate the impropriety of appraisal.   A motion to reconsider is justified if there is: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct clear error or to prevent manifest injustice. *Brinson v. United States*, No. 1:04-cr-0128-01-RWS, 2009 WL 2058168, at *1 (N.D. Ga. July 14, 2009) (internal quotations omitted).  It may not be used to "present the court with arguments already heard and dismissed or to repackage familiar arguments to test whether the court will change its mind." *Id.* (internal quotations omitted).

Plaintiff fails to make the required showing to justify reconsideration inasmuch as his Motion is based on documents that were previously presented to this Court or were available to Plaintiff before the Court entered its Order compelling the appraisal and dismissing this action.

As Defendant asserts, Plaintiff's instant Motion merely rehashes and expands upon arguments already raised in his earlier motion that were ultimately rejected by this Court.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED**:

Plaintiff's Motion for Reconsideration of the Order Compelling Appraisal or, in the Alternative, to Delineate the Scope of the Appraisal (Doc. 32) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of September, 2019.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

*Copies to:*
Counsel of Record