UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 19-cv-01101

DERRICK MCGOWAN,

    Plaintiff,

vs.

FIRST ACCEPTANCE INSURANCE COMPANY, INC.
a Texas Corporation,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, DERRICK MCGOWAN, individually and on behalf of all others similarly situated hereby appeals to the United States Court of Appeals for the Eleventh Circuit the judgment of dismissal and order closing case dated August 14, 2019. (Doc. 30).

    Respectfully submitted,

    By: /s/ Christopher J. Lynch
    CHRISTOPHER J. LYNCH, P.A.
    FBN: 331041
    Attorneys for Defendant
    6915 Red Road, Suite 208
    Coral Gables, FL 33143
    clynch@hunterlynchlaw.com
    lmartinez@hunterlynchlaw.com

        Edmund A. Normand, Esq.
        FBN: 0865590
        Jacob Phillips, Esq.
        FBN: 0120130
        3165 McCrory Place, Suite 175
        Orlando, FL 32803
        Ed@normandpllc.com
        Jacob.philllips@normandpllc.com
        Janna.sherwood@normandpllc.com

        Andrew J. Shamis, Esq.
        Shamis & Gentile, P.A.
        14 NE 1st Avenue
        Suite 1205
        Miami, FL 33132
        Efilings@shamisgentile.com
        Aelsayed@shamisgentile.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2019, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record who are CM/ECF participants.

        /s/Christopher J. Lynch
        Christopher J. Lynch