IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  19-13485-HH
_____

DERRICK MCGOWAN,
individually and on behalf of all others similarly situated,

                                                  Plaintiff - Appellant,

versus

FIRST ACCEPTANCE INSURANCE COMPANY, INC.,
a Texas Corporation,

                                                  Defendant - Appellee.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

Before:  WILSON and NEWSOM, Circuit Judges.

BY THE COURT:

       The motion to reinstate filed by the Appellant is hereby GRANTED. The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 14, 2019

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 19-13485-HH
Case Style: Derrick McGowan v. First Acceptance Insurance Co.
District Court Docket No: 8:19-cv-01101-SCB-CPT

The referenced appeal was dismissed on 10/24/2019.

Enclosed herewith is a copy of this court's order reinstating the appeal.

Counsel has 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal are to be renewed by docketing the "Notice of Renewed Motions after Reinstatement" event in CM/ECF, if any.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

REINST-1 Appeal Reinstated